**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
IN RE:                            ) Chapter 11
                                  )
ORION REFINING CORPORATION,       ) Case No. 03-11483(MFW)
                                  )
         Debtor.                  ) Related Documents: 1283 and
_____   )                    1788
FLUOR ENTERPRISES, INC.,          )
                                  )
         Plaintiff,               )
                                  )
    v.                            ) Adversary No. 04-52447(MFW)
                                  )
ORION REFINING CORPORATION,       )
CYPRESS ASSOCIATES, LLC as        )
ORC DISTRIBUTION TRUST            )
REPRESENTATIVE,                   )
                                  )
         Defendant.               )
                                  )
ORION REFINING CORPORATION,       )
                                  )
         Counter-Claimant,        )
                                  )
    v.                            )
                                  )
FLUOR ENTERPRISES, INC.,          )
                                  )
         Counter-Defendant.       )
```

**ORDER**

**AND NOW** this **20th** day of **JULY, 2007**, upon consideration of the arguments and briefs of the parties and the evidence presented at trial and on the basis of the accompanying Opinion and Findings of Fact, it is hereby

**ORDERED** that judgment is entered in favor of Fluor Enterprises, Inc., and against the ORC Distribution Trust in the principal amount of $20,657,860.58; and it is further

**ORDERED** that Fluor Enterprises, Inc., shall be entitled to pre-judgment interest and attorneys' fees as may be entered by the Court after consideration of the further submissions of the parties; and it is further

**ORDERED** that Fluor Enterprises, Inc., shall submit its request for award of pre-judgment interest and attorneys' fees within 60 days of the entry of this Order; and it is further

**ORDERED** that the ORC Distribution Trust shall file any objection or response to the request of Fluor Enterprises, Inc., within 30 days thereafter.

BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge

cc: Francis A. Monaco, Esquire[1]

---

[1] Counsel is to serve a copy of this Order and accompanying Opinion and Findings of Fact on all interested parties and file a Certificate of Service with the Court.

SERVICE LIST

William H. Sudell, Esquire
Donna L. Culver, Esquire
Thomas W. Briggs, Jr., Esquire
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Counsel for the ORC Distribution Trust

Francis A. Monaco, Esquire
Kevin J. Mangan, Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
Counsel for Fluor Enterprises, Inc.

Joseph B.C. Kluttz, Esquire
Kennedy Covington, Esquire
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, NC 28202
Counsel for Fluor Enterprises, Inc.